

ZACHARY W. CARTER
Corporation Counsel

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

PAUL H. JOHNSON
phone: (212) 356-2656
fax: (212) 356-3509
pajohnso@law.nyc.gov

August 28, 2017

**VIA ECF**
Honorable Lois Bloom
United States Magistrate Judge
United States District Court
 for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>Jose Leonardo, et. al. v. City of New York, et al.</u>
      17-CV-1311 (MKB) (LB)

Your Honor:

  I am the Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department, assigned to represent defendant City in the above-referenced matter. This office writes to respectfully request an adjournment of the telephonic status conference scheduled for August 30, 2017 at 11:00 a.m. Plaintiff's counsel, Robert Marinelli, Esq., consents to the requested adjournment. The undersigned requests the adjournment as he will be out of the county on that date until September 1, 2017. Plaintiff's counsel states the best date for a telephone conference would be on September 11 but plaintiff's counsel is otherwise available the week of September 11 after 4 p.m. or before 10 a.m. for a telephone conference. Defendant City has identified the names of two additional police officers who were involved in the incident and is looking to determine the names of other potential police officers who may have participated in plaintiffs' arrests.

  Thank you for your consideration herein.

                    Respectfully submitted,

                    Paul H. Johnson
                    *Assistant Corporation Counsel*
cc:  Robert Marinelli, Esq.**(via ECF)**   Special Federal Litigation Division